**COZEN O'CONNOR**
Charles H. Slemp, III
*cslemp@cozen.com*
James B. Harper
*jharper@cozen.com*
1021 East Cary Street, Suite 1420
Richmond, Virginia 23219
Telephone: (804) 762-6926
Facsimile: (804) 762-6950

Attorney for Defendant STARR SURPLUS LINES INSURANCE COMPANY

COZEN O' CONNOR
1021 East Cary Street, Suite 1420
Richmond, VA 23219

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF VIRGINIA**

LOANCARE, LLC,

Plaintiff,

v.

ASSERO SERVICES, INC.,

And

24 ASSET MANAGMENT CORPORATION,

And

EDDIE SAN ROMAN,

And

STARR SURPLUS LINES INSURANCE COMPANY,

Defendants.

Case No. 2:25-cv-840

[Virginia Beach Circuit Court Case No. CL25-6432]

**DEFENDANT STARR SURPLUS LINES INSURANCE COMPANY'S NOTICE OF REMOVAL**

PLEASE TAKE NOTICE that Defendant Starr Surplus Lines Insurance Company ("Starr Surplus" and/or "Defendant") hereby removes Case No. CL256432 from the Circuit Court for the City of Virginia Beach (the "State Action"") to the

COZEN O' CONNOR
1021 East Cary Street, Suite 1420
Richmond, VA 23219

United States District Court for the Eastern District of Virginia pursuant to 28 U.S.C. §§ 1441 and 1446. The grounds for removal are as follows:

## NOTICE OF REMOVAL

## A. PARTIES

1. On November 24, 2025, the Plaintiff, LoanCare, LLC ("LoanCare") filed a Complaint in the Circuit Court for the City of Virginia Beach naming Assero Services, LLC ("Assero"), 24 Asset Management Corporation ("24 Asset"), Eddie San Roman ("Roman"), and Starr Surplus as defendants. LoanCare asserted nine total counts in the Complaint: seven counts against Assero and 24 Asset (Counts I-VII), six counts against Roman (Counts I-V and VII), and two counts against Starr Surplus (Counts VIII and IX).

2. LoanCare is a limited liability company incorporated under the laws of the Commonwealth of Virginia. Complaint, para. 6.

3. Assero is a limited liability company formed under the laws of Delaware with its principal place of business in Pennsylvania. Complaint, para. 7. Starr is informed and believes that Assero has five members: James Hillsman (managing member) is a citizen of Florida, Brian Nisbet is a citizen of Pennsylvania, Lee Mertins is a citizen of Georgia and Greg Seale is a citizen of California. Member Eddie Roman is a citizen of Florida. Complaint, para. 9.

4. 24 Asset is a corporation formed under the laws of Florida with its principal place of business in Florida. Complaint, para. 8.

5. Starr is a corporation formed under the laws of Texas with its principal place of business in New York. Complaint, para. 10.

**B. <u>JURISDICTION</u>**

6. Plaintiffs served a copy of the complaint on Starr on December 5, 2025. This Notice of Removal is filed within thirty (30) days of Starr's receipt of the Summons and Complaint by service or otherwise. A copy of the Summons and Complaint, as well as all process, pleadings and order filed in the State Action are attached to this Notice of Removal as **Exhibit A**. A true and correct copy of the State Court docket is attached hereto as **Exhibit B**.

7. The amount placed in controversy by the Complaint exceeds $75,000, exclusive of interest and costs.

8. This action is properly removed to the United States District Court for the Eastern District of Virginia because the State Action lies within this District and Division. See, 28 U.S.C. § 84(c)(2), and because all defendants have consented to this removal. This Court has original jurisdiction of this action because, as set forth above: 1) this is a matter between citizens of different states; 2) the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, under 28 U.S.C. § 1332; and 3) this Notice of Removal was filed within thirty (30) days of Starr Surplus' receipt of the Summons and Complaint.

COZEN O' CONNOR
1021 East Cary Street, Suite 1420
Richmond, VA 23219

9. Pursuant to 28 U.S.C. § 1446(d), Starr Surplus has given written notice of this Notice of Removal to Plaintiffs, and, after filing this Notice of Removal, shall promptly file a copy of this Notice of Removal with the Clerk in the State Action.

10. For these reasons, Starr Surplus hereby removes the State Action.

DATED: December 30, 2025

COZEN O'CONNOR

By: ______________________

Charles H. Slemp, III
VSB No. 79742
James B. Harper
VSB No. 101271
Attorney for Defendant
STARR SURPLUS LINES
INSURANCE COMPANY

COZEN O' CONNOR
1021 East Cary Street, Suite 1420
Richmond, VA 23219



LEGAL\112280457\1